THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LISA MURPHY, ADC #760343**                                    **PETITIONER**

**v.**                          **Case No. 1:19-cv-00090-KGB**

**JOHNSON,** *et al.*                                            **RESPONDENTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court dismisses petitioner Lisa Murphy's petition for a writ of *habeas corpus* without prejudice and denies the requested relief.

It is so adjudged this 10th day of April, 2020.

Kristine G. Baker
United States District Judge